IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Nationwide Agribusiness Insurance Company, a/s/o Italgrani USA, Inc., | ) ) ) | |
| | ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Case No. 1:22-cv-206 |
| Structures Unlimited, LLC, Accu-Steel, Inc., and Harderbuilt, LLC, | ) ) ) | |
| Defendants. | ) | |

The court held a status conference with the parties on September 18, 2023. Pursuant to its discussion with the parties, the court **ORDERS**:

(1) The final pretrial conference set for October 8, 2024, shall be rescheduled for February 18, 2025, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

(20 The jury trial set for October 21, 2024, shall be rescheduled for March 3, 2025, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Daniel L. Hovland. A five (5) day trial is anticipated.

(3) The parties shall have 30 days from the date of this order to submit a revised scheduling and discovery plan for the court's review. The parties should email this plan to ndd_J-Hochhalter@ndd.uscourts.gov.

Dated this 18th day of September, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court