## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Nationwide Agribusiness Insurance Company a/s/o Italgrani USA, Inc., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| Structures Unlimited, LLC, Accu-Steel, Inc. and Harderbuilt, LLC, | ) ) ) |
| Defendants.. | ) ) |

**ORDER FOR MID-DISCOVERY STATUS CONFERENCE**

Case No. 1:22-cv-206

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 24, 2024, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 27th day of September, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court