# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Nationwide Agribusiness Insurance Company, a/s/o Italgrani USA, Inc., | ) ) ) ) **ORDER** |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 1:22-cv-206 |
| Structures Unlimited, LLC, Accu-Steel, Inc., and Harderbuilt, LLC, | ) ) ) |
| Defendants. | ) ) |

On September 18, 2023, the court issued an order that, among other things, rescheduled the final pretrial conference for February 18, 2025, at 9:00 AM by telephone. The call in instructions for this conference have changed. To participate in this conference, the parties should call (571) 353-2301 and enter "Call ID" 292466149.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court